ment and order in favor of his codefendants dismissed, without costs. All concur.

MARGARET D. WYNNE, Respondent, Appellant, v. WILLIAM B. CRARY and CHARLES J. GEBHARD, Respondents, and JOHN DUIGNAN, Appellant.— Judgment and order against defendant Duignan affirmed, with costs. Judgment and order in favor of the defendants Crary and Gebhard affirmed, with costs in favor of defendants Crary and Gebhard against plaintiff. Appeal by defendant Duignan from judgment and order in favor of his codefendants dismissed, without costs. In affirming the judgment against the defendant Duignan, we do not mean to be understood as putting our stamp of approval upon the summary of plaintiff's counsel, which was a direct appeal to the passion and prejudice of the jury and was highly improper. All concur; Thompson, J., in result.

HICKSON, INCORPORATED, Respondent, v. CATHERINE B. STEFFAN, Appellant.— Judgment affirmed, with costs. All concur.

BERNARD McGILLICK, Appellant, v. WILLIAM J. HARVEY, Respondent.— Judgment and order affirmed, with costs. All concur; Sears, P. J., not sitting.

BERNE A. PYRKE, as Commissioner of Agriculture and Markets of the State of New York, Respondent, v. THE CITY OF JAMESTOWN, Appellant.— Order affirmed, with costs. All concur; Sears, P. J., not sitting.

STATE BANK OF COMMERCE OF BROCKPORT, NEW YORK, by JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Appellant, v. HOWARD G. STONE, as Treasurer of the Farm Department of Monroe County Farm and Home Bureau Association, Respondent.— Appeal dismissed as academic. All concur; Sears, P. J., not sitting.

NICHOLAS A. PALLOT, Respondent, v. LASALLE ROOFING AND SHINGLE COMPANY and Another, Appellants, Impleaded with ROBERT B. LEVIS and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur; Sears, P. J., not sitting.

DORA TURNER, Respondent, v. HENRY DECANN and Others, Appellants.— Judgment and orders affirmed, with costs. All concur.

GEORGE F. PFEIFFER, Respondent, v. DAVID T. HUGHES, Appellant, and EMANUEL PAPPAS, Defendant.— Judgment and order affirmed, with costs. All concur.

DANIEL F. NOLAN, Respondent, v. LENA E. PICKARD, Appellant, Impleaded with Others, Defendants.— Judgment affimerd, with costs. All concur.

WILLIAM A. CALDWELL, as Trustee in Bankruptcy of STONE's ICE CREAM COMPANY, INCORPORATED, Respondent, v. JOSEPH STONE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. (Order entered May second.)

GEORGE A. ANDREWS, Respondent, v. CAYUGA OMNIBUS CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal on the facts, on the ground that the findings of the jury in relation to negligence and freedom from contributory negligence were against the weight of the evidence; Sears, P. J., not sitting.

LOUISE BENDER, Respondent, v. NEISNER BROTHERS, INCORPORATED, Appellant. Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $100 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together